UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11494-GW-BFMx | Date | January 30, 2026 |
|---|---|---|---|
| Title | *Miguel Esparza v. Bigbadtoystore, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adrian R. Bacon | Sarah E. Hess |

**PROCEEDINGS:    PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT [11]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [11] was issued on January 29, 2026 [19]. Oral argument is held. For reasons stated on the record, Plaintiff's Motion is TAKEN UNDER SUBMISSION.

The scheduling conference is TAKEN OFF-CALENDAR to be reset if necessary.

|  |  | : | 08 |
|---|---|---|---|
|  | Initials of Preparer | JG | |