JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL ESPARZA,
individually and on behalf of
all others similarly situated,

        Plaintiff,

    vs.

BIGBADTOYSTORE, INC., a
WISCONSIN corporation d/b/a
WWW.BIGBADTOYSTORE.COM,

        Defendant.

) Case No. CV 25-11494-GW-BFMx
)
) **ORDER TO DISMISS WITHOUT**
) **PREJUDICE AS TO CLASS**
) **CLAIMS**
)
)
)
)
)
)
)

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: July 10, 2026

_____
HON. GEORGE H. WU,
United States District Judge

[Proposed]Order to Dismiss - 1