# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL ESPARZA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BIGBADTOYSTORE, INC., a WISCONSIN corporation d/b/a WWW.BIGBADTOYSTORE.COM,

Defendant.

Case No. CV 25-11494-GW-BFMx

**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice as to the named Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: August 4, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge